

# Heriberto Cabrera&

ASSOCIATES • ATTORNEYS AT LAW

480 39th Street, 2nd Floor
Brooklyn, NY 11232
T: 718.439.3600
F: 718.439.1452
www.gonylaw.com
info@gonylaw.com

April 3, 2026

Hon. Mary Kay Vyskocil.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2026

Re: Tejada v. Cruz et al., 1:25-cv-10090 (MKV)

Dear Judge Vyskocil:

I represent Plaintiff Milvio Diaz Tejada in the above-referenced Fair Labor Standards Act matter. I write respectfully pursuant to the Court's Order to Show Cause dated April 2, 2026, and the Court's prior Order directing the submission of a joint letter and Proposed Case Management Plan.

Counsel for the parties did meet and confer in good faith on April 25, 2026, in person at the offices of Plaintiff's counsel, located at 480 39th Street, 2nd Floor, Brooklyn, New York 11232, for a period exceeding one hour, in compliance with the Court's directive. During that meeting, the parties discussed the nature of the case, potential defenses, discovery, and the possibility of settlement.

The parties sincerely apologize to the Court for failing to timely submit the required joint letter and Proposed Case Management Plan. The delay was not willful, and the parties have been actively conferring and working toward compliance.

Plaintiff's counsel respectfully advises that his office will be closed on April 3, 2026, in observance of Good Friday. Accordingly, Plaintiff respectfully requests a brief extension of two

(2) weeks to submit the joint letter and Proposed Case Management Plan required by the Court's Orders.

Plaintiff's counsel attempted to obtain Defendants' consent to this request; however, Plaintiff was unable to reach him prior to the filing of this letter.

This is Plaintiff's first request for an extension of this deadline. Granting this request will not prejudice any party and will allow counsel sufficient time to submit a complete and compliant joint filing.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Heriberto A. Cabrera
Heriberto A. Cabrera, Esq.
Attorney for Plaintiff

Plaintiff's request is GRANTED.  Accordingly, IT IS HEREBY ORDERED that the initial pre-trial conference scheduled for April 7, 2026, is ADJOURNED.

Further, the parties are admonished that there will be no further extensions to file the required materials.  **Moreover, the parties are strictly admonished that continued failure to comply with court orders and deadlines and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases will result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.**

SO ORDERED.

Date: 4/2/2026
New York, New York

Mary Kay Vyskocil
United States District Judge