USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

APPLICATION GRANTED

Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J.

10/13/2026

480 39th Street, 2nd Floor
Brooklyn, NY 11232
T: 718.439.3600
F: 718.439.1452
www.gonylaw.com
info@gonylaw.com

October 9, 2026

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Court grants Plaintiffs' request for an extension to submit the settlement agreement for approval by the Court. The Parties shall submit the settlement by **October 23, 2026**. No further extensions shall be granted.

Re: Diaz Tejada v. Cruz et al.
Case No. 1:25-cv-10090-KHP

Dear Judge Parker:

Plaintiff, by and through undersigned counsel, respectfully submits this letter motion requesting an extension of time to submit the parties' settlement agreement for the Court's review and approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

By Order dated September 3, 2026, the Court directed the parties to submit the settlement agreement within thirty (30) days. Regrettably, the parties have not yet submitted the agreement, and undersigned counsel respectfully apologizes to the Court for the delay. The parties require additional time to finalize the settlement agreement and accompanying documentation necessary for the Court's review and approval.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline to submit the settlement agreement and supporting papers through and including October 23, 2026**.** This request is made in good faith and not for purposes of delay. Counsel sincerely apologizes to the Court for the tardiness and appreciates the Court's consideration of this application.

Respectfully submitted,

Heriberto Cabrera

Heriberto Cabrera, Esq.
Attorney for Plaintiff